UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>SHANE THOMAS SIMONS,<br><br>  Defendant. | CR-08-109-CI<br>(Complaint: MJ-08-142)<br><br>ORDER GRANTING MOTION<br>FOR DISMISSAL OF COMPLAINT |

At the time scheduled for Defendant's June 27, 2008 probable cause hearing, Assistant U.S. Attorney Stephanie Van Marter appeared for the United States. Defendant was present with Assistant Federal Defender Amy Rubin. The United States orally moved for the dismissal of the Complaint. Based upon the unopposed motion by the Government,

**IT IS ORDERED** that the Motion to Dismiss the Complaint (Ct. Rec. 15) is GRANTED and the Complaint (MJ-08-142) is **DISMISSED WITHOUT PREJUDICE**.

DATED June 27, 2008.

                    s/ CYNTHIA IMBROGNO
                 UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTION
FOR DISMISSAL OF COMPLAINT - 1