UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No.  CR-08-109-CI |
| | ) | |
| Vs. | ) | ORDER GRANTING MOTION FOR |
| | ) | EARLY TERMINATION OF |
| | ) | SUPERVISED RELEASE |
| SHANE THOMAS SIMONS, | ) | |
| | ) | |
| Defendant. | ) | |

The court having reviewed Defendant Shane Thomas Simon's Motion for Early Termination of Supervised Release, and no opposition having been received,

**IT IS ORDERED** Defendant's Motion **(Ct. Rec. 25)** is **GRANTED.** Mr. Simon's supervised release is terminated, effective immediately.

DATED November 18, 2008.


                           S/ CYNTHIA IMBROGNO
                        UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE - 1